1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULIETO G. DOMINGO, JR.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPT., et al.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-03227-JAK (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint ("FAC"), the Motion for Summary Judgment ("MSJ"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of the Report in light of Plaintiff's generic objection. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1) the MSJ is GRANTED;

2) Plaintiff's Eighth Amendment claims are DISMISSED with prejudice;

3) Plaintiff's Fourteenth Amendment claims against Deputy Stefan Christopher, Deputy Jeremy T. Sepulveda, and Deputy Justin Meng are DISMISSED without prejudice for failure to exhaust;

4) Plaintiff's Fourteenth Amendment claims against Defendants Registered Nurse Debra Gulseth and Registered Nurse Ellen Oquendo are DISMISSED with prejudice;

5) Plaintiff's request for injunctive relief is DENIED; and

6) Judgment be entered DISMISSING this case without prejudice because no claims or Defendants survive the MSJ.

Dated: February 06, 2024

_____
JOHN A. KRONSTADT
United States District Judge