JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULIETO G. DOMINGO, JR., <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPT., et al., <br><br> Defendants. | Case No. 2:18-cv-03227-JAK (SHK) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice as to the Fourteenth Amendment claims against Defendants Deputy Stefan Christopher, Deputy Jeremy T. Sepulveda, and Deputy Justin Meng and DISMISSED with prejudice as to the remaining claims and defendants.

Dated: February 6, 2024

_____
JOHN A. KRONSTADT
United States District Judge